UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 58, et. al., | ) ) ) ) |
| Plaintiffs/Judgment Creditors, vs. | ) ) )    Case No.:    4:26-cv-00005-SRW ) |
| B2 DRYWALL AND PAINTING LLC, d/b/a B SQUARED DRYWALL AND PAINTING, et. al., | ) ) ) ) ) |
| Defendants/Judgment Debtors. | ) |

## ADVICE TO COURT

COME NOW Plaintiffs, through Counsel, and hereby advise the Court that Defendants have arranged for a payroll audit to occur on July 21, 2026. If the Defendants participate in the payroll audit, Plaintiffs' Motion for Contempt will be withdrawn. Plaintiffs will update the Court of Defendants' compliance by August 4, 2026.

Respectfully submitted,

HARTNETT REYES-JONES, LLC

/s/ *Alexandria E. Schaefer*
JAMES P. FAUL, No. 58799MO
ALEXANDRIA E. SCHAEFER, No. 75751MO
4399 Laclede Avenue
St. Louis, Missouri 63108
Telephone: 314-531-1054
Facsimile: 314-531-1131
jfaul@hrjlaw.com
aschaefer@hrjlaw.com

Attorneys for Plaintiffs/Judgment Creditor

1

**<u>CERTIFICATE OF SERVICE</u>**

THE UNDERSIGNED HEREBY CERTIFIES that on June 30, 2026, the foregoing was mailed by United States Postal Service to the following non-participants in Electronic Case Filing: B Squared Drywall and Painting, LLC, 151 Hollow Creek Dr., St. Peters, MO 63376; Brian Schisler, 151 Hollow Creek Dr., St. Peters, MO 63376; and Brian Davis, 9904 Old Hwy 21, Hillsboro, MO 63050.


*/s/ Alexandria E. Schaefer*

2